IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DISTRICT COURT AT
ROANOKE, VA
FILED
9/6/2024
LAURA A. AUSTIN, CLERK
BY: *s/C. Kemp*
DEPUTY CLERK

| | |
|---|---|
| ELDER TAYLOR FINE ART, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 7:23-cv-00168 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MAHARAJAH COFFEE, LLC, *et al.*, ) | By: Hon. Thomas T. Cullen |
| ) | United States District Judge |
| Defendants. ) | |

On September 6, 2024, Plaintiff Elder Taylor Fine Art LLC ("Plaintiff"), through its counsel, filed a motion to voluntarily dismiss this civil action without prejudice, reporting that although the parties had agreed to a settlement in principle, Defendants Maharajah Coffee LLC and Manveer Singh (collectively "Defendants") refused to sign the written settlement agreement that the parties' counsel had negotiated and drafted. (ECF No. 33.) Defendants do not oppose Plaintiff's requested dismissal without prejudice. Accordingly, Plaintiff's motion for voluntary dismissal is **GRANTED**, and this case is **DISMISSED without prejudice** under Fed. R. Civ. P. 41(a)(2).

The clerk is further directed to forward a copy of this Order to all counsel of record and to remove this case from the court's active docket.

**ENTERED** this 6th day of September, 2024.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE